■ FAIRMEADOWS MOBILE VILLAGE, INC., Respondent, v. JOHN SHAW et al., Constituting the Town Board of the Town of Newfane et al., Appellants. — Motion granted and time for argument of appeal extended to include November 1961 Term on condition that respondent's brief, or a demand therefor pursuant to rule VII is filed and served on or before November 10, 1961.

■ WILLIAM FIORITO, Respondent, v. FRANK YASKULSKI, JR., Doing Business as FANCHER HOTEL, Appellant.— Stay granted upon condition that records and appellant's briefs are filed and served on or before December 7, 1961 and that appellant, within 10 days from the date of the order herein, furnish a bond with adequate sureties in the amount of $10,000.

■ RAYMOND MARTIN, Respondent, v. SIEGFRIED CONSTRUCTION CO., INC., Defendant-Appellant and Third-Party Plaintiff-Appellant. BUFFALO STRUCTURAL STEEL CORP., Third-Party Defendant-Appellant.— Appeals dismissed unless records and briefs are filed and served on or before December 7, 1961.

■ REGINALD A. BATTY, as Guardian ad Litem of GARY BATTY, an Infant, Respondent, v. JOHN A. CARACO, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before December 7, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ALEO, Appellant.— Appeal dismissed unless records and briefs are filed on or before December 7, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW CHRISTIE, Appellant.— Motion granted to prosecute appeal on original judgment roll, typewritten briefs, and time for argument enlarged to include January 1962 Term on condition appellant's brief is filed by December 7, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY T. DE RIGO, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. — Motion to prosecute appeal on original papers, and for other relief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL KAMMAN, Appellant.— Motion granted to prosecute appeal on original judgment roll, five typewritten briefs, time for argument of appeal enlarged to include January 1962 Term on condition appellant's brief is filed by December 7, 1961. Motion to dismiss appeal denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD KINCH, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to reargue motion denied July 1959, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LEE PURDUE, Appellant.— Motion granted and time for argument of appeal enlarged to include November 1961 Term on condition appellant's brief is filed and served on or before November 1, 1961. (Order entered Oct. 23, 1961.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER QUINTERO, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion granted to submit, as part of record on appeal, a certified stenographic transcript of proceedings in trial. (Order entered Oct. 23, 1961.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND RODGERS, Appellant.— Motion granted to prosecute appeal on an original typewritten record and five or more copies of a printed brief.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. STEVE WUCKICH, Defendant, and GEORGE LEE, Alias GEORGE FOSTER, Respondent.— Appeal dismissed unless records and briefs are filed and served on or before November 1, 1961. (Order entered Oct. 23, 1961.)